# IN THE SUPREME COURT OF THE STATE OF NEVADA

SHAUN MICHAEL HERZOG,
Appellant,

vs.

KELLIE HERZOG,
Respondent.

No. 69521

**FILED**

JAN 2 8 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a divorce decree. Second Judicial District Court, Family Court Division, Washoe County; Frances Doherty, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal was prematurely filed, before the entry of a final written judgment, and is therefore of no effect. *See* NRAP 4(a)(1); *Rust v. Clark Cty. School District*, 103 Nev. 686, 747 P.2d 1380 (1987) (explaining that an oral pronouncement from the bench or a minute order is ineffective for any purpose). Accordingly, we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

16-02987

cc: Hon. Frances Doherty, District Judge, Family Court Division
Shaun Michael Herzog
Woodburn & Wedge
Washoe District Court Clerk